================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 232  SSM 22
The People &c.,
            Respondent,
         v.
Tyrone Davis,
            Appellant.

                Submitted by Steven A. Feldman, for appellant.
                Submitted by Thomas Constant, for respondent.

MEMORANDUM:

        The order of the Appellate Division should be affirmed.

        Defendant failed to bring a motion to withdraw his plea

under CPL 220.60 (3) or a motion to vacate the judgment of

conviction pursuant to CPL 440.10.  Nor did his factual

recitation negate the intent element of the crime to which he

- 1 -

pleaded guilty.  His plea therefore does not qualify for the "rare case" exception to the preservation requirement under People v Lopez (71 NY2d 662, 666 [1988]).  Consequently, defendant's challenge to the factual sufficiency of his allocution "was properly rejected by the Appellate Division and its order upholding the plea and conviction should be affirmed" (People v Toxey, 86 NY2d 725, 726 [1995]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum.  Chief Judge Lippman and Judges Graffeo, Read, Smith, Pigott, Rivera and Abdus-Salaam concur.

Decided November 20, 2014